IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:21-cv-345

INNOVATIVE HEALING SYSTEMS, INC., WOUNDCARE MD, INC., AND HYPERBARIC & WOUNDCARE, INC.,

  Plaintiff,

vs.

XPI SERVICES, LLC,

  Defendant.

**AMENDED ORDER**

  This matter is before the Court upon Defendant's Motion to Enlarge the Discovery Period. The Plaintiffs do not oppose the motion. Due to the addition of two new Plaintiffs to this matter, the Pretrial Order and Case Management Plan shall be amended as follows:

  a. Defendant shall have until **October 3, 2022** to complete discovery of the two new Plaintiffs, including written discovery and any depositions;

  b. The parties shall have until **November 7, 2022** to file motions (other than motions *in limine*) pertaining to the two new Plaintiffs;

  c. Trial shall be scheduled to occur no sooner than **March 13, 2023**; and

  d. All other deadlines provided in the Pretrial Order and Case Management Plan which are linked to the trial date shall be adjusted accordingly.

  IT IS THEREFORE ORDERED that Defendant's Motion to Enlarge the Discovery Period is hereby GRANTED and the Pretrial Order and Case Management Plan shall be amended as outlined above.

Graham C. Mullen
United States District Judge